IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Thomas F. Perrmann : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:05cv633 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| CF Industries Inc. : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Defendant's Motion to Dismiss Plaintiff's ERISA Claim and Breach of Ohio Public Policy Claim Pursuant to Rule 12(b)(6) (doc. 6) is **DENIED AS MOOT** and Defendant's Motion for Summary Judgment (doc. 17) is **GRANTED**.

12/21/06                                                    JAMES BONINI, CLERK

                                                            ___s/William Miller_____
                                                            Deputy Clerk

Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.